UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA FARRELL,

                      Plaintiff,

           -against-

CITY OF NEW YORK and EQUAL
EMPLOYMENT OPPORTUNITY
DIVISION OF THE NEW YORK CITY
POLICE DEPARTMENT,

                 Defendants.

Case No. 1:23-cv-04329 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The in-person initial pretrial conference scheduled for February 6, 2025, at 11:30 a.m., is hereby converted to a telephonic conference and shall be held over Microsoft Teams for the convenience of the parties given that Plaintiff is located outside of New York.  The parties will receive Microsoft Teams log-in credentials at the email addresses listed on the docket.  The public listen-only line may be accessed by dialing phone number: 646-453-4442 | phone conference ID: 128 839 865.

Defendants shall serve by email a copy of this order on Plaintiff promptly and file a copy of an affidavit of service.  The Clerk of the Court is also respectfully directed to send a copy of this Order to Plaintiff via mail and email.

Dated:   January 15, 2025
         New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge