UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA FARRELL,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK *et al.*,<br><br>                              Defendants. | Case No. 1:23-cv-04329 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that the initial pretrial conference scheduled for February 6, 2025, is adjourned *sine die* because the parties are participating in mediation. By separate order today, the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes.

Dated: January 31, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge